Richard G. Grotch, Esq. – SBN 127713
Jonathan C. Harriman, Esq. – SBN 250943
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA GLEASON,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>           Defendants. | Case No.   2:13-CV-01064-MCE-DAD<br><br>JOINT STIPULATION AND ORDER EXTENDING FACT DISCOVERY DEADLINE AND RESCHEDULING SETTLEMENT CONFERENCE |

WHEREAS the parties currently have until July 18, 2014 to complete all discovery in this case, with the exception of expert discovery, pursuant to the Pretrial Scheduling Order (ECF Dkt. 11, p. 2); and,

WHEREAS a settlement conference is currently set in this matter for August 8, 2014 at 9:30 a.m., before the Honorable Carolyn K. Delaney (ECF Dkt. 11, p. 8); and,

WHEREAS the parties have been diligently engaging in discovery aimed, *inter alia*, at enabling them meaningfully to engage in settlement discussions; and,

WHEREAS counsel for the parties, in consultation with each other have concluded that additional time is needed to complete discovery considered essential to meaningful settlement discussions, including depositions of certain employees of defendant United Airlines, Inc. who are located out-of-state, and one or more fact witnesses who are also located out-of-state; and

1  WHEREAS the parties believe, in good faith, that it is necessary to extend the non-
2  expert discovery deadline to **August 29, 2014** in order to complete the remaining discovery;
3  and
4  WHEREAS the parties believe, in good faith, that it is necessary and appropriate, and in
5  the best interests of facilitating meaningful settlement discussions, to reschedule the settlement
6  conference for a date in **late September or early October**;
7  IT IS HEREBY STIPULATED, by and between plaintiff and defendant, through their
8  counsel of record, as follows:
9  1. That the Court be requested to enter an order extending the deadline for
10  completion of discovery, with the exception of expert discovery, to **August 29, 2014**;
11  2. That the Court be requested to enter an order vacating the current settlement
12  conference date set for **August 8, 2014 at 9:30 a.m.**; and
13  3. That the Court re-set a settlement conference in this matter for a date convenient
14  for the Court, in **late September or early October of 2014**.
15  IT IS SO STIPULATED.

Dated: July 14, 2014                    DAVID ALLEN & ASSOCIATES

                                        By: /s/_____
                                            Eduardo Gonzalez
                                            Attorney for Plaintiff
                                            Alisa Gleason


Dated: July 14, 2014                    CODDINGTON, HICKS & DANFORTH


                                        By: /s/Jonathan Harriman_____
                                            Richard G. Grotch
                                            Jonathan C. Harriman(*)
                                            Attorneys for Defendant
                                            United Airlines, Inc.

(*)   I hereby attest that I have been authorized to

apply the "conformed" signatures (/s/) within this e-filed document.

**ORDER**

Upon the stipulation of the parties, and good cause appearing, this Court orders the following:

1. That the deadline to complete all discovery in this case, except for expert discovery, IS EXTENDED to and including **August 29, 2014**;

2. That the settlement conference currently set for **August 8, 2014** at 9:30 a.m. before the Honorable Carolyn K. Delaney is VACATED; and

3. That the settlement conference before Judge Delaney is RESET for **September 23, 2014** at 9:30 a.m.  Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference. Each party is DIRECTED to submit to the chambers of Judge Carolyn K. Delaney confidential settlement conference statements not later than **September 16, 2014**. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

IT IS SO ORDERED.

Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT