Richard G. Grotch, Esq. – SBN 127713
Jonathan C. Harriman, Esq. – SBN 250943
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA GLEASON,<br><br>                   Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>                   Defendants. | Case No.  2:13-cv-01064-MCE-DAD<br><br>STIPULATION AND ORDER TO PERMIT CERTAIN DEPOSITIONS BEYOND THE FACT DISCOVERY DEADLINE AND EXTEND EXPERT WITNESS DISCLOSURE DEADLINES |

WHEREAS the parties had until August 29, 2014 to complete all discovery in this case, with the exception of expert discovery, pursuant to the Pretrial Scheduling Order (ECF Dkt. 11, p. 2); and,

WHEREAS the parties have been diligently engaging in discovery aimed, *inter alia*, at enabling them to meaningfully participate in the settlement conference on September 22, 2014; and,

WHEREAS for reasons outside of their control, the parties have not been able to complete certain depositions; and,

WHEREAS counsel for the parties, in consultation with each other have concluded that additional time is needed to complete the remaining depositions identified above and to provide disclosures of expert witnesses; and

WHEREAS the modifications recited in this stipulation will not impact any other pre-trial dates, including the date for the filing and hearing of dispositive motions,

IT IS HEREBY STIPULATED, by and between plaintiff and defendant that the following depositions may be taken after the fact discovery cut-off:

1. Defendant's deposition of Dr. Rosemary Lynn Hallett;
2. Defendant's deposition of Dr. Eric Gershwin;
3. Plaintiff's deposition of the defendant's person most knowledgeable about topics 7, 8, 9, and 10 identified in Plaintiff's Amended Notice of Taking Deposition of Defendant United Airlines, Inc.'s Person(s) Most Knowledgeable dated July 17, 2014.

IT IS FURTHER STIPULATED, by and between plaintiff and defendant that neither party will object to the taking of the depositions identified herein on the grounds that they are untimely.

IT IS FURTHER STIPULATED, by and between plaintiff and defendant that the date for mutual disclosure of expert witnesses is extended to September 29, 2014.

IT IS FURTHER STIPULATED, by and between plaintiff and defendant that the date for mutual disclosure of rebuttal expert witnesses is extended to October 19, 2014.

IT IS FURTHER STIPULATED, by and between plaintiff and defendant that neither party will object to the disclosure of expert witnesses and rebuttal expert witnesses on the grounds that they are untimely so long as they comply with the deadlines set forth herein and the pertinent Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated: September ___, 2014                    DAVID ALLEN & ASSOCIATES


                                              By: _____
                                                  Eduardo Gonzalez
                                                  Attorney for Plaintiff
                                                  Alisa Gleason

| | | |
|---|---|---|
| 1 | Dated: September ___, 2014 | CODDINGTON, HICKS & DANFORTH |

By: _____
    Richard G. Grotch (*)
    Jonathan C. Harriman
    Attorneys for Defendant
    United Airlines, Inc.

(*)  I hereby attest that I have been authorized to apply the "conformed" signatures (/s/) within this e-filed document.

## ORDER

IT IS SO ORDERED.

Dated: October 2, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Proposed Order
Case No: 2:13-CV-01064-MCE-DAD