Richard G. Grotch, Esq. – SBN 127713
Jonathan C. Harriman, Esq. – SBN 250943
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA GLEASON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>    Defendants. | Case No.   2:13-CV-01064-MCE-DAD<br><br>DECLARATION OF ROSALIE CRABBE IN SUPPORT OF DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT<br><br>Date:           January 22, 2015<br>Time:          2:00 p.m.<br>Courtroom:  7 – 14th Floor<br><br>Honorable Morrison C. England, Jr.<br>Chief United States District Judge |

I, ROSALIE CRABBE, declare as follows:

1.     I am employed by United Airlines, Inc. ("United"). My current position is Manager of Accessible Programs and Industry Affairs. One of my job responsibilities is to serve as one of the liaisons between United and the U.S. Department of Transportation ("DOT") with respect to service and disability issues, including disability complaints submitted pursuant to 14 C.F.R. 382, Nondiscrimination on the Basis of Disability in Air Travel. Except as otherwise indicated, I have personal knowledge of the facts set forth herein and, if called to testify thereto, could and would do so competently under oath.

///

///

1

2. I have never seen or heard about a questionnaire employed by United to ask passengers about their allergies. I have also made inquiries of those who I believe would have known about such a questionnaire, if one existed, and they have confirmed they also know of no such questionnaire.

3. Under 14 C.F.R. § 382.21, airlines are severely limited in their ability to request medical certifications, even when a passenger has a communicable disease or infection. United wouldn't have used – and didn't use – a questionnaire to ask passengers about allergies they claimed to have. That is true now and was equally true in March of 2011.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed this 24th day of November, 2014, at Chicago, Illinois.

*Rosalie Crabbe*
Rosalie Crabbe

2

# EXHIBIT A