Richard G. Grotch, Esq. – SBN 127713
Jonathan C. Harriman, Esq. – SBN 250943
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California  94065-2133
Telephone: (650) 592-5400
Facsimile:   (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA GLEASON,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>            Defendants. | Case No.  2:13-CV-01064-MCE-DAD<br><br>ORDER GRANTING EX PARTE APPLICATION REGARDING FILING OF STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT<br><br>Honorable Morrison C. England, Jr.<br>Chief United States District Judge |

   The Court, having read and considered the ex parte application of defendant UNITED AIRLINES, INC. ("United"), for an order (1) extending the deadline for United to file its Statement of Undisputed Facts in Support of its motion for summary judgment (ECF Nos. 26-32) or (2) accepting United's Statement of Undisputed Facts for filing, *nunc pro tunc*, as of November 26, 2014, and good cause appearing,

///

///

///

///

IT IS HEREBY ORDERED that United may promptly file the document attached as Exhibit A to its ex parte application, as its Statement of Undisputed Facts in Support of Motion for Summary Judgment or Partial Summary Judgment.

IT IS SO ORDERED.

Dated:  December 9, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2